UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF PARADISE FAMILY, LLC, as Owner, And ANOTHER DAY IN PARADISE BOAT CLUB, LLC d/b/a FREEDOM BOAT CLUB OF TAMPA BAY, as Owner *Pro Hac Vice*, of the ROVER TOON, a 2022 Brunswick Leisure motor vessel bearing hull identification number HAMC9690B222 and Florida Registration FL 4022TE, together with its Engines, Tackles, Appurtenances, Equipment, & Etc., in a cause for Exoneration from or Limitation of Liability, | Case No. 8:22-cv-2414-VMC-CPT |
| Petitioners. | |
| _____/ | |

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Christopher Tuite's Report and Recommendation (Doc. # 24), filed on June 9, 2023, recommending that Petitioners' Motion for Entry of Final Default Judgment of Exoneration Against all Persons and Entities who did not Respond to the Petition for Exoneration or Limitation (Doc. # 22) be granted.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court

1

accepts and adopts the Report and Recommendation and grants Petitioners' Motion as stated herein.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge. Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 24) is **ACCEPTED** and **ADOPTED**. Petitioners' Motion for Entry of Final Default Judgment of Exoneration Against all Persons and Entities who did not Respond to the Petition for Exoneration or Limitation (Doc. # 22) is **GRANTED.**

(2) The Clerk is directed to enter a Final Judgment for Exoneration by Default in the Petitioners' Favor and against all claimants who have not filed claims in this action.

(3) The Clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th day of June, 2023.

*[Signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3